EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**LODGED**
OCT 2 4 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 2 6 2005
at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00322-02 DAE |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL AS TO |
| | ) | DEFENDANT ANNA MARTIN; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ANNA MARTIN,   (02) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL AS TO DEFENDANT ANNA MARTIN

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant ANNA MARTIN on the ground(s) that said defendant has entered a plea of guilty to an Information, on January 31, 2005, in Cr. No. 05-00049 DAE, which was accepted by the Court, and the defendant was sentenced pursuant to that

//

plea on October 24, 2005.

DATED: Honolulu, Hawaii, __Oct 24, 2005__.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By_____
    WILLIAM L. SHIPLEY
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Leave of court is granted for the filing of the foregoing dismissal.

DATED: __OCT 2 6 2005__, at Honolulu, Hawaii.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE


United States v. Anna Martin
Cr. No. 04-00322-02 DAE
"Order for Dismissal as to Defendant Anna Martin"